**FILED**

DEC 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY FOSTER,<br><br>Defendant. | No. 1:14-mj-00179 SAB<br><br>**ORDER FOR RELEASE** |

The defendant having been sentenced on 12/10/2014, and credited for time served, she is hereby released from the custody of the United States Marshal as of 12/10/2014.

Dated: December 10, 2014

STANLEY A. BOONE
United States Magistrate Judge

1