# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-00179 SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| KELLY FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving with a Suspended License, in violation of 36 C.F.R. § 4.2 |
| **Sentence Date:** | December 10, 2014 |
| **Review Hearing Date:** | December 3, 2015 |
| **Probation Expires On:** | December 10, 2016 |

### _CONDITIONS OF UNSUPERVISED PROBATION:_

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $760, which Total Amount is made up of a Fine: $ 750.00; Special Assessment: $ 10.00.

☐ Payment schedule: $100/month beginning on January 15, 2015

☐ Community Service hours Imposed of:

☒ Other Conditions:
Abstain from alcohol and controlled substances, 2 days custody with credit for time served.

### _COMPLIANCE:_

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:      Date:
Amount: $

☐ To date, Defendant has performed      hours of community service.

☐ Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☒      The Government agrees to the above-described compliance.

☐      The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Katherine A. Plante*

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 12/3/2015 at 10:00 a.m.

      ☐      be continued to _____ at ____a.m.; or

      ☒      be vacated.

☐      that Defendant's appearance for the review hearing be waived.


DATED:  11/23/2015                       */s/ Megan Hopkins*_____
                                            DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court orders that the Review Hearing be vacated.

☐      DENIED.


IT IS SO ORDERED.

Dated:  __**November 23, 2015**__                        _____
                                        UNITED STATES MAGISTRATE JUDGE